**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**


**KAYLA FOSTER**                                                              **PLAINTIFF**

**v.**                                                    **CIVIL ACTION NO. 3:25-CV-762-CHB**

**COSTCO WHOLESALE CORPORATION et al**                         **DEFENDANT**


### REPORT OF TELEPHONIC STATUS CONFERENCE

A telephonic status conference was conducted in this matter on July 8, 2026. Adam M. Johnson participated on behalf of the plaintiff. Brittany N. Bermudez participated on behalf of the defendants.

Based on a discussion, the parties are proceeding with the case in accordance with the scheduling order entered on February 25, 2026 (DN 26). At the request of counsel, a settlement conference will be scheduled, by separate order, before the Magistrate Judge.


Date: July 8, 2026                    **ENTERED BY ORDER OF COURT:**
                                      **REGINA S. EDWARDS, MAGISTRATE JUDGE**
                                      **UNITED STATES DISTRICT COURT**
                                      **JAMES J. VILT, JR., CLERK**
                                      **By:    /s/  _Ashley Henry_**
                                               **Deputy Clerk**

Copies to counsel


0|10